Evan S. Strassberg (CA Bar No. 219336)
5742 West Harold Gatty Drive
Salt Lake City, UT  84116
Telephone:  (801) 530-2920
Facsimile:   (801) 517-7003
evan.strassberg@basicresearch.org

Attorney for Plaintiffs Basic Research, LLC and Carter-Reed Company, LLC

*E-Filed 6/24/09*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BASIC RESEARCH, LLC, a Utah limited liability company; and CARTER-REED COMPANY, LLC, a Utah limited liability company,

   Plaintiffs,

  v.

MATTHIAS RATH, an individual; and MATTHIAS RATH, INC., a California corporation,

   Defendants.

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

Case No.  5:09-cv-00942-RS

Magistrate Judge Seeborg

  Plaintiffs Basic Research, LLC, and Carter-Reed Company, LLC (collectively "Plaintiffs"), and Defendant Matthias Rath, Inc. ("MRI"), through counsel, have jointly moved this Court to continue the Case Management Conference and all associated deadlines by at least thirty (30) days.

–1–

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

|   |   |
|---|---|
| 1 | Having considered the motion and finding good cause, it is hereby ORDERED that the |
| 2 | motion is GRANTED. |
| 3 | The Case Management Conference in this case is hereby continued until the __5th__ |
| 4 | day of __August__ at __2:30__ ~~a.m.~~/p.m. |
| 5 | The last day to: (a) meet and confer re: initial disclosures, early settlement, ADR process |
| 6 | selection, and discovery plan; (b) file ADR Certification signed by Parties and Counsel; and |
| 7 | (c) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is |
| 8-9 | __July 15, 2009__. |
| 10 | The last day to: (a) file Rule 26(f) Report; (b) complete initial disclosures or state |
| 11 | objection in Rule 26(f) Report; and (c) file Case Management Statement per the Court's Standing |
| 12 | Order re Contents of Case Management Statement is __July 29, 2009__. |
| 13 | SO ORDERED THIS __24__ DAY OF __JUNE__, 2009 |

_____
Richard Seeborg
United States Magistrate Judge

–2–
**[PROPOSED]** ORDER GRANTING STIPULATED MOTION TO CONTINUE CASE
MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES