1 Ali Kamarei, Esq. (State Bar No. 175977)
INHOUSE COUNSEL
2 50 W. San Fernando St., Ste. 900
San Jose, CA 95113
3 Telephone: (408) 918-5393
Facsimile: (408) 918-5373
4 *alik@inhouseco.com*

5 Attorney for Defendants
Matthias Rath and
6 Matthias Rath, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASIC RESEARCH, LLC, a Utah limited liability company; and CARTER-REED COMPANY, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHIAS RATH, an individual; and MATTHIAS RATH, INC., a California corporation,<br><br>Defendants. | Case No. 5:09-cv-00942-RMW<br><br>**ORDER GRANTING PARTIES' ADMINISTRATIVE MOTION FOR CONTINUANCE OF DISCOVERY AND EXTENSION OF ALL MOTION AND TRIAL DATES.** |

The Court has considered the administrative motion of THE PARTIES TO THIS ACTION to continue discovery for additional two months and a respective extension of all motion and trial dates. IT IS HEREBY ORDERED that THE PARTIES' motion is GRANTED.

Although the court will extend the deadlines as requested, the court notes that the grounds for this extension are marginal, and the court will not move the trial date again. This case shall proceed according to the following schedule:

//

ORDER
– 5:09-CV-00942-RMW

| Date | Event |
|---|---|
| 6/30/10 | Fact Discovery cut-off |
| 9/30/10 | Expert Discovery cut-off |
| 10/29/10 | Disclosure of Experts |
| 11/19/10 | Rebuttal Expert |
| 12/16/10 | Pretrial conference (2:00 p.m.) |
| 1/10/10 | Jury Trial (1:30 p.m.) |

In addition, the last date for Hearing on Dispositive Motions is set for November 12, 2010, and Joint Pretrial Statements are due December 10, 2010.

IT IS SO ORDERED.

DATED: March 3, 2010

_Ronald M. Whyte_
Hon. Ronald M. Whyte
United States District Judge